UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Rashawn Lamar Owens                                        Docket No. 7:08-CR-95-1BO

**Petition for Action on Supervised Release**

COMES NOW Derek Godwin, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rashawn Lamar Owens, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 16, 2009, to the custody of the Bureau of Prisons for a term of 110 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Rashawn Lamar Owens was released from custody on July 6, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted to a urinalysis on September 29, 2016, which tested positive for cocaine and marijuana. The specimen was subsequently confirmed positive for cocaine and marijuana by Alere Laboratories on October 18, 2016. The defendant, when confronted with the results, admitted to his use of illegal narcotics.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Derek Godwin<br>Derek Godwin<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5109<br>Executed On: November 8, 2016 |

Rashawn Lamar Owens
Docket No. 7:08-CR-95-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __14__ day of __November__, 2016, and ordered filed and made a part of the records in the above case.

*Terrence W. Boyle*
Terrence W. Boyle
U.S. District Judge